## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| JOHN WARREN MCCOY, | Case No.: 1:15-CV-33 |
| Plaintiff, | |
| v. | **ACTION FOR DAMAGES** |
| THE BUCCANEER, INC. and MICHAEL D. FISHER, | |
| Defendants. | <u>JURY TRIAL DEMANDED</u> |

### <u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

Come now the Parties by their respective counsel and hereby stipulate pursuant to Rule 41 that this matter may be dismissed with prejudice, with each side to bear their own fees and costs, as the Arbitrator ruled and fully disposed of this matter. A proposed Order has been submitted.

Counsel for the Plaintiff has authorized Counsel for the Defendant to file this Stiulation for Dismissal using his electronic signature.

Dated: January 9, 2023

*/s/ Andrew Simpson*
Andrew Simpson, Esq.
Andrew C. Simpson, P.C.
Attorneys at Law
2191 Church Street
Suite 5
Christiansted, VI 00820
*Counsel for the Plaintiff*
asimpson@coralbrief.com


*/s/ Joel H. Holt*
Joel H. Holt (Bar #6)
holtvi@aol.com
Law Office of Joel H. Holt, Esq., P.C.
2132 Company Street
Christiansted, St. Croix, 00820
T: (340) 773-8709 F: (340) 773-8677
*Counsel for Defendants*