# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| JOHN WARREN MCCOY,<br><br>　　　　　Plaintiff,<br>v.<br><br>THE BUCCANEER, INC. and<br>MICHAEL D. FISHER,<br>　　　　　Defendants. | Case No.: 1:15-CV-33<br><br>**ACTION FOR DAMAGES**<br><br><br><u>JURY TRIAL DEMANDED</u> |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties, this matter is hereby dismissed with prejudice pursuant to Rule 41 with each side to bear their own fees and costs.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court