DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| JOHN WARREN MCCOY )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>THE BUCCANEER, INC., and MICHEL D. )<br>FISHER, )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 2015-0033 |

**Attorneys:**
**Andrew C. Simpson, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiff*

**Joel H. Holt, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants*

## ORDER

THIS MATTER comes before the Court on the parties' "Stipulation for Dismissal with Prejudice," in which the parties stipulate, pursuant to Fed. R. Civ. P. 41, that "this matter may be dismissed with prejudice, with each side to bear their own fees and costs, as the Arbitrator ruled and fully disposed of this matter." (Dkt. No. 26 at 1).

**UPON CONSIDERATION** of the foregoing, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the parties' "Stipulation for Dismissal with Prejudice" (Dkt. No. 26) is **ACCEPTED**; and it is further

**ORDERED** that the "Stipulation for Dismissal with Prejudice" serves to **DISMISS WITH PREJUDICE** the instant action, with each side to bear their own fees and costs; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: January 11, 2022

_____/s/_____
WILMA A. LEWIS
District Judge